# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| Larry Powers, Pro Se, | ) |
| Plaintiff, | ) |
| | ) Case No. _____ |
| Vs. | ) |
| Arthur Robinson, pro se, Allan Beiswenger, pro se, Peter Ehrhardt, pro se, and Faegre & Benson LLP, et al., pro se, | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1441 et seq., Defendants, Arthur Robinson of 35401 Kenai Spur Highway, Soldotna, AK 99669, pro se; Allan Beiswenger of 4111 Ursa Circle, Anchorage, AK 99517, pro se; Peter Ehrhardt of 215 Fidalgo Avenue, Suite 201, Kenai, AK, pro se; and Faegre & Benson, LLP of 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, pro se, hereby give notice of removal of this action from the Superior Court for the State of Alaska in Kenai, Alaska to the Federal District Court for the District of Alaska, Honorable H. Russell Holland -- which court has retained exclusive jurisdiction over all matters pertaining to *In re; The Exxon Valdez* Case No. A89-095-CV (HRH) (Consolidated).

The above entitled action was commenced in the Superior Court for the State of Alaska on September 21, 2010. The complaint has been served on the defendants. 30 days has not elapsed since the date(s) of service on defendants.

"Any civil action brought in a state court to which the District Courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. 1441(a).

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com

The District Court has jurisdiction under *In re: The Exxon Valdez*, Case No. A89-095-CV (RH). On August 15, 1997, in that case, Judge Holland approved the Plan of Distribution of Allocations to the Tender Claim Category. In the plan of distribution, at p.3, n.20, Judge Holland retained jurisdiction over disputes related to the distribution plan and ordered:

> If, after reconsideration, a claimant still disagrees with the determination of his or her Final Percent Share, the claimant could object to the court. All disputes relating to the interpretation or meaning of this distribution plan (and any modification of this distribution plan which the court might approve) determinations of claims, or payments made under this distribution plan, will be subject to the exclusive jurisdiction in the United States District Court for the District of Alaska. In the event any such dispute arose, claimants would be submitting to personal jurisdiction in the United States District Court for the District of Alaska for all matters related to this distribution plan or payments made under this distribution plan.

The plaintiff, Larry Powers is a claimant under this plan of distribution in the Exxon Valdez Oil Spill Litigation. In plaintiff's complaint he claims damages arising from "...malpractice due to *denial of due process*, negligence and ineffective representation by... Faegre & Benson et. al, in the Exxon Valdez Oil Spill Litigation.". (emphasis added). Plaintiff disputes and is clearly unsatisfied with the amount disbursed to him by the Exxon Qualified Settlement Fund Administrator (EQSF). Further plaintiff claims he was denied due process by the procedures established by the Federal Court. All plaintiff's claims are directly related to the Exxon Valdez Oil Spill litigation and the processes established thereunder.

In addition, 28 U.S.C. 1367(a) grants "District Courts... supplemental jurisdiction over all other claims that... form part of the same case or controversy" as an action properly pending in Federal Court. *Id.* Plaintiff's lawsuit falls squarely within Judge Holland's order and is "part of the same case or controversy" as the *Exxon* case.

Finally, based upon the information contained in the Superior Court summons, at the time of filing the instant complaint Plaintiff was a resident of Quilcene, Washington. Defendants Robinson, Beiswenger and Ehrhardt are residents of the State of Alaska. Faegre & Benson is a law firm headquartered in Minnesota with no

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com

office or place of business in the State of Alaska. Thus, defendants also claim diversity as a basis for removal.

Wherefore defendants remove this case from the Superior Court of the State of Alaska to the United States District Court for the District of Alaska and Judge Holland. Copies of all pleadings and orders served on petitioners from that action are attached to hereto.

DATED THIS 13th day of October, 2010.

DEFENDANTS:

_____ /For
ARTHUR ROBINSON
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669
Phone: (907)262-9164
Fax: (907)262-7034
E-mail: chuck@robinsonandassociates.net
AK Bar Number: 7405026

_____ /For
ALLAN BEISWENGER
411 Ursa Circle
Anchorage, AK 99517
Phone: (907)360-9417
E-mail: beiswenger@ak.net
AK Bar Number: 7706074

_____
PETER R. EHRHARDT
215 Fidalgo Avenue, Suite 201
Kenai, AK 99611
Phone: (907)283-2876
Fax: (907)283-2896
E-mail: peter@mail.kenailaw.com
AK Bar Number: 8006016

- 3 -

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com

_____ /For
FAEGRE & BENSON LLP
by: Brian O'Neill
2200 WELSFargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612)766-7913
E-mail: emollberg@faegre.com

**Certificate of Service:**

I the undersigned hereby certify that on this 13th day of October, 2010, I caused to be served by US Mail a true and correct copy of the foregoing on:

Larry Powers
195 Glacier Ridge Rd.
Quilcene, WA 98376

Anna Moran
Superior Court Judge
125 Trading Bay Rd.
Kenai, AK 99611

By: _____
Cynthia Balser, CLA

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com