IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KENAI



FILED in the Trial Courts
State of Alaska Third District
at Kenai, Alaska

SEP 2 1 2010

Clerk of the Trial Courts

By _____ Deputy

Larry Powers, Pro Se

Plaintiff(s),

vs. Arthur Robinson, Allan Beiswenger, Peter Ehrhardt, Faegre and Benson LLP et al.

Defendant(s).

CASE NO. 3KN- 10-949 CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: Peter Ehrhardt

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 125 Trading Bay Drive, Suite 100, Kenai, Alaska 99611-7717 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented), Larry Powers whose address is: 195 Glacier Ridge Rd., Quilcene, WA 98376.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

**NOTICE OF JUDICIAL ASSIGNMENT**

To: Plaintiff and Defendant

This case has been assigned to:

- ☐ Superior Court Judge Carl J.D. Bauman
- ☐ Superior Court Judge Charles T. Huguelet
- ☒ Superior Court Judge Anna M. Moran
- ☐ District Court Judge Sharon S. Illsley
- ☐ _____

Date: 9/21/10

CLERK OF COURT
By: Kai A. _____
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 KENAI (8/07)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

FILED in the Trial Courts
State of Alaska Third District
at Kenai, Alaska

SEP 2 1 2010

Clerk of the Trial Courts
By _____ Deputy

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KENAI

Larry Powers, Pro Se

Plaintiff(s),

vs. Arthur Robinson, Allan Beiswenger, Peter Ehrhardt, Faegre and Benson LLP et al.

Defendant(s).

CASE NO. 3KN- 10-949 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: **Allan Beiswenger**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 125 Trading Bay Drive, Suite 100, Kenai, Alaska 99611-7717 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented), **Larry Powers** whose address is: **195 Glacier Ridge Rd., Quilcene, WA 98376**.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

This case has been assigned to:

☐ Superior Court Judge Carl J.D. Bauman
☐ Superior Court Judge Charles T. Huguelet
☒ Superior Court Judge Anna M. Moran
☐ District Court Judge Sharon S. Illsley
☐ _____

Date: 9/21/10

CLERK OF COURT
By: _Kai A. _____
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 KENAI (8/07)(st.3)
SUMMONS                                                Civil Rules 4, 5, 12, 42(c), 55

FILED in the Trial Courts
State of Alaska Third District
at Kenai, Alaska

SEP 21 2010

Clerk of the Trial Courts

By _____ Deputy

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KENAI

Larry Powers, Pro Se )
)
Plaintiff(s), )
)
vs. Arthur Robinson, Allan )
Beiswenger, Peter Ehrhardt, ) CASE NO. 3KN- 10-949 CI
Faegre and Benson LLP et al. )
) SUMMONS
Defendant(s). ) AND
) NOTICE TO BOTH PARTIES
) OF JUDICIAL ASSIGNMENT

To Defendant: __Arthur Robinson__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at <u>125 Trading Bay Drive, Suite 100, Kenai, Alaska 99611-7717</u> within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented), __Larry Powers__ whose address is: __195 Glacier Ridge Rd., Quilcene, WA 98376__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

This case has been assigned to:

☐ Superior Court Judge Carl J.D. Bauman
☐ Superior Court Judge Charles T. Huguelet
☒ Superior Court Judge Anna M. Moran
☐ District Court Judge Sharon S. Illsley

☐ _____

__9/21/10__
Date

CLERK OF COURT
By: _____
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 KENAI (8/07)(st.3)
SUMMONS Civil Rules 4, 5, 12, 42(c), 55

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT KENAI

FILED in the Trial Courts
State of Alaska Third District
at Kenai, Alaska
SEP 21 2010
Clerk of the Trial Courts
By _____ Deputy

Larry Powers, Pro Se

Plaintiff(s),

vs. Arthur Robinson, Allan Beiswanger, Peter Ehrhardt, Faegre and Benson LLP et. al

Defendant(s).

CASE NO. 3KN- 10-949 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __Faegre and Benson LLP__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 125 Trading Bay Drive, Suite 100, Kenai, Alaska 99611-7717 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented), __Larry Powers__ whose address is: __195 Glacier Ridge Rd., Quilcene, WA 98376__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

This case has been assigned to:

- ☐ Superior Court Judge Carl J.D. Bauman
- ☐ Superior Court Judge Charles T. Huguelet
- ☒ Superior Court Judge Anna M. Moran
- ☐ District Court Judge Sharon S. Illsley

☐ _____

Date: 9/21/10

CLERK OF COURT
By: Kai _____
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 KENAI (8/07)(st.3)
SUMMONS  Case 3:10-cv-00230-HRH   Document 1-1   Filed 10/13/10   Page 4 of 6  Civil Rules 4, 5, 12, 42(c), 55

Larry Powers
195 Glacier Ridge Road
Quilcene, WA    98376

ALASKA STATE SUPERIOR COURT

Larry Powers, Pro Se              ) Case No. 3KN-10-949 CI
                                  )
Plaintiff,                        )
                                  )
    vs.                           ) [COMPLAINT]
                                  )
Arthur Robinson, Allan Beiswenger and )
                                  )
Peter Ehrhardt, Faegre & Benson LLP et al. )

Defendant(s)

**NOW COMES, LARRY POWERS, COMPLAINING OF MALPRACTICE DUE TO DENIAL OF DUE PROCESS, NEGLIGENCE AND INNEFFECTIVE REPRESENTATION BY ARTHUR ROBINSON, ALLAN BEISWENGER & PETER EHRHARDT, FAEGRE & BENSON ET AL, IN THE EXXON VALDEZ OIL SPILL LITIGATION.**

HISTORY

Arthur Robinson, Allan Beiswenger and Peter Ehrhardt, Faegre & Benson LLP et al. (hereinafter, the defendants) denied the plaintiff Larry Powers, (hereinafter, Mr. Powers) due process in the Exxon Valdez litigation. The failure of the defendants to appeal the compensatory amount of ALL PAINTIFFS' CLAIM harmed Mr. Powers. The defendants were negligent in knowing how much Mr. Powers' claim was worth. In 1999, Mr. Powers represented on an Amended Claim Form supplied by the defendants that his claim was 1.2 million dollars. The defendants abandoned their fiduciary duties to Mr. Powers by not recognizing and fully representing the value of Mr. Powers' claim. The value of Larry Powers' claim was underestimated and misrepresented by the defendants to the Plan of Allocation and Plan of Distribution committees as a result of gross negligence and conspiracy. The defendants conspired with Exxon and the Seattle Seven and the Plan of Allocation and Plan of Distribution committees to disproportionately

pay certain claimants. The defendants were discriminate as to who was paid fully and who was underpaid.

The defendants' failure to inform the Plan of Allocation and the Plan of Distribution of Mr. Powers' total losses until well after it was too late to appeal the plans denied Mr. Powers due process through any appeals that should have been initiated in the courts. This lends to Mr. Powers' allegation of gross ineffective representation. All of these allegations are cause for malpractice claims.

REMEDY

Larry Powers' losses, as per Judge Holland's 7/2/07 decision, were $977,357.00 and Mr. Powers was only compensated $62,472.94. $914,884.06 is the balance of compensation due Larry Powers plus punitive damages and interest. Additionally, $7000 will pay the psychiatrist and medication costs to date for mental treatment due to the Oil Spill and poor representation by the defendants. Mr. Powers is also seeking the fees already paid to the defendants.

Thank you for your attention to this matter.

Respectfully yours,

*Larry Powers* (signature)

Larry Powers
195 Glacier Ridge Rd.
Quilcene, WA  98376
360-821-9829

[Pleading title summary] - 2