IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
LARRY POWERS,                    )
                                 )
                 Plaintiff,      )
     vs.                         )
                                 )
ARTHUR ROBINSON, et al.,         )
                                 )   No. 3:10-cv-0230-HRH
                 Defendants.     )
_____)
```

O R D E R

Motions for Attorney Fees

Counsel for Faegre & Benson and counsel for Robinson, et al., move for an award of attorney fees pursuant to Local Rule 54.3 and Alaska Rule of Civil Procedure 82 for awards of attorney fees.[1] Both motions are unopposed. Counsel for Faegre & Benson incurred attorney fees in the amount of $6,466.50. Counsel for Robinson, et al., incurred attorney fees in the amount of $7,302.60. Counsel each seek an award of 20% of their actual attorney fees, an application which is consistent with this court's local rule and Alaska Civil Rule 82.

Both motions are unopposed.

Faegre & Benson is awarded attorney fees in the amount of $1,293.30. Robinson, et al., are awarded attorney fees in the amount of $1,460.52.

DATED at Anchorage, Alaska, this 30th day of June, 2011.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket Nos. 37 & 39.